

# BRIT VISION MAMMOGRAPHY MODULE

*Beyond Roentgen Imaging Technologies*

**BRIT SYSTEMS'** Mammography Module is an optional diagnostic module utilizing 5MP monitors that runs in the BRIT Vision medical image viewing workstation. Mammography screening has been tuned to a high level of efficiency with specialized tools. Designed to make the radiologist highly efficient, this Mammography Module runs in a DICOM-based, radiology environment side-by-side with multi-modality studies.

## ADVANCED FUNCTIONS:
The Mammography Module functions as part of the multi-modality viewing package and includes the following specialized mammography features:

### SEQUENTIAL HANGING PROTOCOL
User defined, specialized, sequential hanging protocols can be customized to include:



- Individual preferences for format, stacks, and window/leveling.
- Comparisons with easy selections of alternative prior exams with sequential hangs.
- The ability to string multiple Hanging Protocols together in sequence for quick navigation.
- Viewing information utilized from the DICOM header.
- Smart Panning which shows just those quadrants with breast tissue, saving unnecessary views.
- The workstation tracks the displayed images with a check mark on the thumbnails.
- A "show unviewed" step at the end of each hanging protocol assures all images in the exam are viewed.

Sample hanging protocols are delivered with the system and are readily modifiable by the users.
On-keyboard hot-keys are provided for forward and backward moves.

### TOOLBAR FUNCTIONS
- Each user can select the tools for their toolbar and its location.
- Toolbars are readily movable at any time. The tool bar can be in a vertical position on the right or left perimeter or horizontal along the top and bottom perimeter of the image viewing screen.



### CAD MARKINGS
- CAD overlay markings can be toggled "on" and "off".
- Industry standard CAD Markings available, as well as user selectable preferences.



*Custom Solutions for Medical Imaging*
1909 Hi Line Drive, Suite A, Dallas, Tx, 75207   800-230-PACS   Phone: 214-630-0636   Fax: 214-630-1638

# BRIT VISION MAMMOGRAPHY MODULE

### WINDOW/LEVELING AND SCREEN INTENSITY FEATURES

- Ultra-sensitive window and leveling features, allows for easy adjustments for brightness and contrast providing extra-fine details on the mammogram.
- A black-out mode darkens and/or hides all graphics including the toolbar, slider/icon bar, and patient and exam tab providing an exclusive view of the images for real-estate sensitive readings.
- A screen brightness/darkness tool with selections of darker, very darker, and greenish to adjust the intensity of the screen.



### OTHER SPECIALTY MAMMO FEATURES

- Hot-keys are programmed on the keyboard, eliminating the need for a special keypad.
- Both two and four monitors with an additional color monitor are supported, and each monitor can have a separate worklist. Other modalities, including color images, can be displayed either on the 5MP monitors or on the attached color monitor.
- Specialized integration available for dictation and reporting systems.



### STANDARD TOOLS

All the standard tools, such as rotate, zoom, flip, and comparisons are available, in addition to the following:

- Shared worklists
- User assignable worklists
- Arbitrary rearrangement of worklists entries
- Measurements and annotations

BRIT Vision is the choice for facilities desiring a highly functional, stable platform for use in primary diagnosis. **Support for the standards insures that it can be used to build a strong PACS foundation from the ground up, or can be easily integrated into an existing DICOM-compliant system.**

### HIGHLY CONFIGURABLE SOULTIONS PROVIDING:

- Powerful, easy-to-learn and easy-to-use application
- Simultaneous support for grayscale and color monitors
- Monitor display resolutions for the 5MP workstation – 2048 x 2560
- Landscape and Portrait monitors, including mixtures of up to five grayscale and color flat panel monitors
- Gigabit Ethernet
- High-speed graphics

**EXHIBIT B**



*Custom Solutions for Medical Imaging*
1909 Hi Line Drive, Suite A, Dallas, Tx, 75207   800-230-PACS   Phone: 214-630-0636   Fax: 214-630-1638



# BRIT Systems

## Vision Mammography Module

*Beyond Roentgen Imaging Technologies*

***BRIT VISION's MAMMOGRAPHY MODULE*** is an optional module requiring 5MP, FDA approved monitors that runs in the BRIT Vision medical image viewing workstation. Designed to make the radiologist highly efficient, this system provides a set of mammography specific tools and is highly tuned for performance. Studies from all modalities may be viewed side by side, including color images on color monitors. Special integration with reporting systems, including BRIT's SpeechWorks, is also available.

### ADVANCED FUNCTIONS

The Mammography Module functions as part of the multi-modality viewing package and includes the following specialized mammography features:

*Mammography Keypad*
Keypad hot keys increase the ease and efficiency of mammography viewing.

*Sequential Hanging Protocols*
User defined, specialized, sequential hanging protocols can be customized to include:
- Individual preferences for format, stacks, and window/leveling.
- Comparisons with easy selections of alternative prior exams with sequential hangs.
- The ability to string multiple hanging protocols together in sequence for quick navigation.
- A "show unviewed" step at the end of each hanging protocol assures all images in the exam are viewed.
- Sample hanging protocols are delivered with the system and are readily modifiable by the users
- Hot-keys for forward and backward steps in sequences / return to first step.



***SmartPan*** displays the images at full resolution and shows just those quadrants with breast tissue, saving unneeded views.

***Synchronization of SmartPan*** across both monitors, so new and comparison images move together

***Image Tracker*** marks thumbnail of each image when entire image viewed at full resolution

***SmartComp*** displays comparison image at same mag/rotation/etc on adjacent monitor

***SmartFit*** fits the image to fill the screen.

***SmartZoom*** zooms on a point while maintaining justification

***Real-size Viewing*** - includes on-screen calibration tool.

BPB-BVM-0001
REVB

**Custom   Solutions   for   Medical   Imaging**

1909 Hi Line Dr., Dallas, TX 75207   (800) 230-7227   Phone: (214) 630-0636   www.brit.com

# Mammo Module Viewer

### TOOLBAR FUNCTIONS
- User selects the tools for their toolbar and its location.
- Dynamically relocate toolbars. Place vertically on right or left perimeter or horizontal along the top or bottom.
- Hot keys for hangs, such as RCC/LCC or RMLO/LMLO on right screen/left monitors, or Comp on Right screen or Comp on Left screen.

### CAD MARKINGS
- CAD overlay markings can be toggled "on" and "off".
- Industry standard CAD Markings available, as well as user selectable preferences.

### WINDOW/LEVELING AND SCREEN INTENSITY FEATURES
- Ultra-sensitive window and leveling features, allows for easy adjustments for brightness and contrast providing extra-fine details on the mammogram.
- **Black-out mode** darkens and/or hides all graphics providing an exclusive view of the images for real-estate sensitive readings.
- A screen brightness/darkness tool with selections of darker, very darker, and greenish to adjust the intensity of the screen.

### OTHER SPECIALTY FEATURES
- Hot-keys can be programmed on the keyboard in addition to the mammo keypad.
- Specialized integration available for dictation and reporting systems.
- Two or four monitors with an additional color monitor configurations available. Separate worklist/monitor available.

### STANDARD TOOLS
All the standard tools, such as rotate, zoom, flip, and comparisons are available, in addition to the following:
- Shared worklists
- User assignable worklists
- Single worklist for multiple servers
- Arbitrary rearrangement of worklist entries
- Measurements and annotations
- Add thickness, force and angle to system
- Over-reading assignments and tracking
- Tabbed application layout for quick transition between open studies/ patients / study lists

### Highly Tuned System
BRIT Vision Workstations are built to provide industry leading speed and stability:
- Local storage of studies
- Automatic downloading of studies on worklist
- Linux operating system provides stability and supports multi-tasking
- Solid State Drives
- Switch between viewing of large studies instantaneously with a click

### Special Integration with SpeechWorks and other Mammography Reporting Systems
- Clicking on worklist opens study in viewer and dictation system
- Measurements automatically transferred from viewer into report
- Key images automatically transferred from viewer into report
- Subset of images can be sent to report
- Call for latest details on implementations with Mammography Reporting Systems

**Custom Solutions for Medical Imaging**

1909 Hi Line Dr., Dallas, TX 75207   (800) 230-7227  Phone: (214) 630-0636  www.brit.com

| In This Section |
|---|
| Products and Services |
| Why you'll love BRIT PACS View if you are: |
| A Radiologist |
| Doing Teleradiology |
| An Orthopedic Doctor |
| Another Referring Doctor |
| Viewer for ICU/Surgery |
| A Business Manager |
| A System Administrator |
| Using a BRIT Server |
| Download Brocuhure |

| Minimum Requirement to run PACSView | |
|---|---|
| Operating system: | Windows XP or Vista or Windows 7 |
| Memory: | 1 GB |
| Graphic resolution: | 1280x1024 |
| Graphic depth: | 24 or 32 bits |
| Application disk space: | 20MB |

Copyright 2015 BRIT Systems

## PACS View

Request a web demo or download a free trial version for 30 days

[Request Web Demo] [Download trial for 30 days]

To purchase PACS View please contact BRIT Systems at 1-800-230-7227.

Priced at $2500/- bundled with 3 year licence, 2 hours of training and 2 hours of DICOM integration support

