**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNIVERSITY OF SOUTH FLORIDA**
**RESEARCH FOUNDATION, INC.,**

    **Plaintiff,**

v.                                           Case No.  8:16-cv-3109-T-33AAS

**BRITT SYSTEMS, INC.,**

    **Defendant.**
_____/

## PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

**_X_  IS**          related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

                        <u>University of South Florida Research Foundation, Inc. v. Fujifilm Medical Systems U.S.A., Inc.</u>, Case No. 8:16-cv-01194-MSS-TGW

**____ IS NOT**    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated this <u>14th</u> day of November, 2016.

                                                      Respectfully submitted,

                                                      **s/ GREGORY A. HEARING**
                                                      Gregory A. Hearing
                                                      Florida Bar No:  817790
                                                      201 N. Franklin Street, Suite 1600
                                                      Tampa, FL 33602
                                                      (813) 273-0050
                                                      (813) 273-0072 - Fax

ghearing@tsghlaw.com

*LOCAL COUNSEL FOR PLAINTIFF*

John A. Artz (Admitted *Pro Hac Vice*)
Michigan Bar No. P24679
Franklin M. Smith (Admitted *Pro Hac Vice*)
Michigan Bar No. P76987
DICKINSON WRIGHT PLLC
2600 W. Big Beaver Rd., Suite 300
Troy, Michigan 48084
(248) 433-7200
(248) 433-7274 - Fax
jartzsr@dickinsonwright.com
fsmith@dickinsonwright.com

John K. Harrop (Admitted *Pro Hac Vice*)
Virginia Bar No. 38548
P.O. Box 320171
Alexandria, VA  22320
(202) 230-6480
harrop@vapatent.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of November, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

**s/ Gregory A. Hearing**
Attorney