**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNIVERSITY OF SOUTH FLORIDA
RESEARCH FOUNDATION, INC.

      Plaintiff,

vs.                                    CASE NO. 8:16-CV-3109-T-33AAS

BRIT SYSTEMS, INC.,

      Defendant.

_____/

**NOTICE OF COMPLIANCE OF ROBERT P. LATHAM, JOHN M. JACKSON,
AND SARA K. BORRELLI**

Defendant Brit Systems, Inc. ("Brit Systems") gives notice of compliance with this Court's Order of January 13, 2017 (Docket No. 23) requiring Robert P. Latham, John M. Jackson, and Sara K. Borrelli to comply with the electronic filing requirements and file an electronic notice of their compliance with such Order. Robert P. Latham, John M. Jackson and Sara K. Borrelli have individually registered. Messrs. Latham and Jackson were assigned their electronic filing login and password on January 22, 2017 and Ms. Borrelli was assigned her electronic filing login and password on January 20, 2017.

Respectfully submitted,

        s/ *John M. Jackson*
        Robert P. Latham
        Texas State Bar No. 11975500
        blatham@jw.com
        John M. Jackson
        Texas State Bar No. 24002340
        jjackson@jw.com
        Sara K. Borrelli
        Texas State Bar No. 24037705
        sborrelli@jw.com

        JACKSON WALKER, LLP
        2323 Ross Avenue, Suite 600
        Dallas, TX  75201
        214-953-6000

        *Co-Counsels for Defendant Brit Systems, Inc.*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 23, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF notification system which will send a notice of electronic filing to all parties registered to receive electronic filings in this case.

        *s/ John M. Jackson*
        Attorney